# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ISAIAH WILKINS ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> LLOYD AUSTIN III, ET AL., <br><br> Defendants. | Civil Action No. 1:22-cv-01272 |

## ORDER

Upon consideration of Plaintiffs' Motion to Proceed Under Pseudonyms and for All Identifying Information of Plaintiffs Carol Coe and Natalie Noe to Be Redacted From Documents Filed in the Public Record, Plaintiffs' request that Coe and Noe be permitted to proceed in this matter under pseudonyms Carol Coe and Natalie Noe is hereby GRANTED. Plaintiffs' request that all of Plaintiff Coe's and Noe's identifying information be redacted from any document filed in the public record, the pleadings, and other papers on file in this cause, is also GRANTED.

Dated: November 14, 2022

/s/
Leonie M. Brinkema
United States District Judge