IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:22-cv-01272__, Case Name __Wilkins et al. v Austin III, et al.__
Party Represented by Applicant: __PLAINTIFFS__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __PETER EDWARD PERKOWSKI__
Bar Identification Number __199491__   State __California__
Firm Name __PERKOWSKI LEGAL, PC__
Firm Phone # __213-340-5796__   Direct Dial # __213-340-5796__   FAX # _____
E-Mail Address __peter@perkowskilegal.com__
Office Mailing Address __515 S. Flower St., Ste. 1800, Los Angeles, CA 90071__

Name(s) of federal district court(s) in which I have been admitted __See attached.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

| Amandeep Sidhu (Digitally signed by Amandeep Sidhu Date: 2022.11.10 17:24:50 -05'00') | 11/10/2022 |
|---|---|
| (Signature) | (Date) |
| Amandeep S. Sidhu | 71450 |
| (Typed or Printed Name) | (VA Bar Number) |

Court Use Only:

Clerk's Fee Paid ☒ or Exemption Granted ☐

The motion for admission is GRANTED ☒ or DENIED ☐

/s/ _JMB_
Leonie M. Brinkema
United States District Judge

__November 14, 2022__
(Date)

## Peter Perkowski
## Bar and Court Admissions

| | |
|---|---|
| United States Supreme Court | 10-6-2008 |
| California Bar/California Supreme Court (#199491) | 12-8-1998 |
| DC Bar/DC Court of Appeals (#1013980) | 5-10-2013 |
| New York Bar/NY Supreme Court, Third Appellate Div. (#1040409) | 1-20-2022 |
| United States Court of Appeals for the 9th Circuit | 6-24-2002 |
| United States Court of Appeals for the 3rd Circuit | 1-10-2006 |
| United States Court of Appeals for the 5th Circuit | 2-3-2012 |
| United States Court of Appeals for the Federal Circuit | 7-6-2009 |
| United States Court of Appeals for the Armed Forces | 7-13-2009 |
| United States Court of Appeals for Veterans Claims | 6-29-2021 |
| US District Court for the Central District of California | 12-8-1998 |
| US District Court for the Southern District of California | 11-28-2007 |
| US District Court for the Northern District of California | 04-2012 |
| US District Court for the Eastern District of Michigan | 3-13-2008 |
| US District Court for the Eastern District of Texas | 7-12-2010 |
| US District Court for the District of Columbia | 06-2017 |
| US District Court for the Southern District of New York | 02-08-2022 |