# Exhibit G

# Church Declaration

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ISAIAH WILKINS et al.,

    *Plaintiffs*,

    v.

LLOYD AUSTIN III et al.,

    *Defendants*.

Case No. 1:22-cv-01272 (LMB/IDD)

**DECLARATION OF LINDSAY CHURCH IN SUPPORT
OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

1.     My name is Lindsay Church. I am the co-founder and Executive Director of Plaintiff Minority Veterans of America ("MVA"). I use they/them pronouns.

2.     I am over 18 years of age, am competent to testify about the information contained in this declaration if needed, and offer this declaration based on my own actual, personal knowledge, or knowledge learned in my role of Executive Director of MVA.

**Background**

3.     I am a veteran of the U.S. Navy. I served from 2008 to 2012 as a Cryptologic Technician Interpretive (Linguist). During my time in service, I attended language school at the Defense Language Institute in Monterey, California, where I learned Persian-Farsi. I am also queer and non-binary, and my entire period of service was under Don't Ask Don't Tell. I was medically retired in 2012.

4.     When I left the Navy, I returned home to Seattle, Washington, and attended the University of Washington. There, I co-founded the office of Student Veteran Life, where I also served as the University Liaison for the Student Veterans of America Chapter there. I was also

1

elected Commander of American Legion Post 40 in Seattle, where I led efforts help build the Post, increase membership, and protect it from dying.

5.      My involvement in these veteran groups made me realize that some "traditional" veteran spaces where not welcoming for women veterans, LGBTQ+ veterans, and veterans of color. In 2017, I co-founded MVA to ensure there is a community of support around the underrepresented veterans so that we may see the true diversity of the U.S. military reflected in our veteran communities.

**MVA Structure, Mission, and Purpose**

6.      MVA is a nonprofit charitable corporation organized under the laws of the State of Washington. Our registered place of business is in Seattle, Washington, but we also have a principal place of business in Richmond, Virginia, which is where I reside and conduct the day-to-day business of the organization.

7.      MVA is a nationwide, nonprofit, non-partisan organization. We are structured with a Board of Directors that sets the strategic direction of the organization and supervises the Executive Director, and staff (full-time, part-time, and volunteer) who implement the strategic goals and handle day-to-day operations.

8.      MVA has been granted tax-exempt status by the Internal Revenue Service under Internal Revenue Code § 501(c)(3).

9.      MVA's mission is: "To create community, belonging, and advance equity for minority veterans." MVA's vision is: "Our vision is a just world the empowers minority veterans."

10.     MVA's work is built on five fundamental values that we use as our guiding principles for our organization. Those values are:

2

a.  **Equity:** We recognize that without true and committed work to creating equity, there is no hope for equality and justice in our community. As an organization, we look to understand and address the equity gaps and disparities that exist between minority veterans and their non-minority veteran and civilian counterparts.

b.  **Inclusion:** We are a community and organization that is inclusive of veterans of all walks of life and lived experiences. So long as you are here to fight for our collective liberation and stand with those who represent a spectrum of identities, there is a place in MVA for them.

c.  **Education:** We recognize that advocacy and representing the needs, wants, and experiences of our members and community is imperative to changing the landscape of services for those who feel as though they have been forgotten in the veteran community. Our advocacy efforts help us to ensure that the change we are working toward is both tangible and lasting.

d.  **Intersectionality:** History shows us that if we don't find a way to organize, we'll lose our seat at the table and our communities will suffer for it. Using an intersectional framework that works from the understanding that minority veterans are impacted by multiple layers of discrimination, we are building a united community to address the greatest challenges our communities face. Through this work, we are creating a collective voice that is bigger, stronger, and more capable of fighting for change and winning.

e.  **Advocacy:** We believe that education and developing the minority veteran community are not just a portion of what we do but are the means for sustaining our organization, our work, and our community. Through education and development programs, we will offer both training and education about the needs of minority and

3

underrepresented groups in the veteran community as well as offer development opportunities to our members and minority veterans.

11.    Consistent with the organizational value of Inclusion, MVA broadly construes its mission. The populations that we represent and serve include women veterans, veterans of color, veterans who identify as LGBTQ+, and veterans who are non-religious or religious minorities. But we do not believe or behave as if those are the only minority veteran populations that have felt marginalized, underserved, and underrepresented both during their time in military service and afterward. Rather, we recognize that, due to a history of being marginalized and underrepresented, there are people in other populations that are seeking community and belonging or that could benefit from our efforts to achieve equity and justice. These additional minority veteran groups include immigrant veterans and veterans living with HIV.

12.    Consistent with the organizational value of Intersectionality, MVA also often engages in programmatic and advocacy work on issues that are not veteran-specific but that affect—sometimes disproportionately—the minority veteran populations that we serve and represent. These issues include, for example: advocating for student-loan debt relief, which disproportionately affects service members and veterans, particularly service members and veterans of color; opposing anti-LGBTQ+ laws in states with large military and veteran populations; and advocating for solutions to restrictions on abortion and gender-affirming care, particularly how those restrictions affect service members, veterans, and their dependents in states that are imposing those restrictions.

13.    Consistent with the organizational value of Equity, MVA advocates on behalf of not just veterans who are no longer in service but also veterans who are still serving (active duty, Reserves, and National Guard), veterans who want to rejoin the service, and civilians belonging

to minority groups who have historically faced barriers to service to reduce those barriers. In our work, we believe that principles of equity apply at the beginning to the rules and regulations that govern entry into service, then continue through to during and after service. When members of the minority communities we represent want to join the military but cannot because of discriminatory policies, addressing those disparities and inequalities are part and parcel of our mission. For these reasons, we have worked in coalition with other military and veteran service organizations ("MSOs" and "VSOs") to advocate for the codification of full and open service by transgender people; for passage of a "Truman amendment" to prohibit discrimination in the military based on sex, sexual orientation, gender identity, race and ethnicity, and other factors; for the elimination of policies prohibiting the enlistment and commissioning of people with intersex characteristics; for changes in policies that would allow and recognize service by people who are non-binary; and most recently, for changes in policies affecting PLWH at the point of accession. MVA's involvement in this suit is a natural progression of those efforts.

**Membership**

14.    Of the 19 million total veterans in the United States, well over 10 million are part of the main populations of minority veterans that we represent and serve: women, people of color, LGBTQ+ people, and non-religious or religious minorities. To my knowledge, we are the only nationwide advocacy organization that uniquely focuses on serving this whole range historically marginalized and underserved minority service members and veterans. For these reasons, we consider ourselves the largest minority-focused military- and veteran-serving organization in the country.

15.    In addition, MVA is a membership organization. We welcome as members—and currently have as members—veterans who have separated from military service, veterans who

5

are currently still serving in the Armed Forces, family members and caregivers of veterans and service members, and nonmilitary individuals—often called allies—who support MVA's work, including nonmilitary individuals who want to join or rejoin the Armed Forces.

16.    Joining MVA is fairly simple: A person needs only to visit our website (www.minorityvets.org) and click on the button that says "Join Now." Doing so takes the person to a membership registration form hosted by Salesforce, where they would fill out their name and pronouns, email address, contact information, type of membership (ally, veteran, service member, etc.), and demographic information. They are also given an opportunity to tell their personal story and provide some information about how MVA can best advocate or work for them. A copy of the full membership registration form is attached as Exhibit 1.

17.    Completing the membership registration form causes the registrant to be saved in a Salesforce membership database. Currently, the membership list contains almost 3,000 people. The membership includes people from 49 United States and several foreign countries.

18.    We communicate with members through the email they provided during registration. We also have various social media accounts—Facebook, Instagram, Twitter, LinkedIn, and YouTube.

19.    Civilians with HIV who want to join or rejoin the Armed Forces are among MVA's current members. I am aware of at least two MVA members with HIV who want to join the military; both are plaintiffs in this case: Isaiah Wilkins, and the person known in this case as Carol Coe. (I have been informed of Carol Coe's true name and verified that she appears on MVA's membership list, as does Mr. Wilkins.)

20.    There may be other MVA members with HIV who want to join or rejoin the military. Mr. Wilkins and Ms. Coe are not the only members living with or at risk for HIV.

6

Though I'm not familiar with the personal stories of all 3,000 of them, there likely are MVA members who re-entered military service after a period of separation or who want to re-enter after having previously served. However, unless a member specifically shares these facts at the point of completing membership forms, or approaches our staff for advice or assistance, I would not be aware of those details.

**MVA's Programs and Services**

21.    Generally, MVA engages in activities that fall into two main buckets, which we call Programs and Advocacy.

22.    ***Programs***: MVA programs operate around the country to provide unique opportunities for engagement and growth for minority veterans. Our programs support social engagement and community connection, financial stability, leadership development, and greater access to critical systems and services that our communities need most. Specific programmatic efforts include the following:

a.  *People to People*: The P2P Program, located in the Greater Seattle Area takes a holistic approach in meeting the veteran where they are in space and time, resulting in a greater sense of belonging and reducing barriers to accessing services and systems for our communities. The program provides human-centered case management services for minority and underrepresented veteran communities.

b.  *Project Thrive*: This program works to support minority veterans in achieving economic stability and success. Among the offerings in this program are (1) the Emerging Leaders Program, which invests in developing the next generation of minority veteran leaders as they continue to make an impact in their local communities; and (2) the Equity, Inclusion, and Justice Summit, an annual experience that delves into the

7

intersections of the minority veteran identity and the key issues that impact our worlds and lived experiences the most, featuring lectures, panels, fireside chats, lightning talks and live performances by minority veterans and lead activists, artists, experts, and legislators.

 c. *Chapters*: MVA's chapter networks are designed to facilitate a home and community for local membership. In addition to community events and leadership opportunities, each chapter engages in social engagement and joy, service and volunteerism, and local activism and organizing. We work to create a community and network in which our nation's most marginalized communities are able to bring their whole selves without worrying about navigating historically oppressive frameworks. MVA currently has chapters in Seattle, Atlanta, Pittsburgh, and Richmond.

23. ***Advocacy***: MVA advocates for social and structural change to equitably serve all service members and veterans. MVA's central belief is that effectively supporting minority service members and veterans begins by recognizing that social and structural inequities lie at the heart of the problem. MVA's advocacy efforts therefore focus on systemic policy changes that will improve the lives of vulnerable service members and veteran populations.

 a. MVA advocates before Congress, the Department of Defense, and the Department of Veterans Affairs on issues that affect minority veterans. MVA's current policy priorities are attached as Exhibit 2.

 b. Among other things, such work includes preparing and submitting Petitions for Rulemaking, comments on proposed rulemaking, and written and oral testimony before Committees of Congress.

8

c.   Since the addition of Peter Perkowski to our staff in March 2021, MVA has been able to expand its advocacy work to include legal services. Our legal work includes: (i) leading or participating in amicus briefs in cases involving issues of concern to our communities; (ii) filing and participating in impact litigation to change Department of Defense and Department of Veterans Affairs policies (in addition to this case, MVA is in preparations to file other cases); and (iii) consulting directly with service members and veterans on legal issues concerning their service in the military or their entitlement and eligibility to veterans benefits.

**Specific Work Related to HIV Equity for Service Members and Veterans**

24.    MVA's Legal & Policy Director, Peter Perkowski, joined MVA in March 2021. Since then, given his knowledge of HIV military policy and his extensive experience in HIV equity for service members and veterans, Mr. Perkowski has been MVA's lead on these issues.

25.    Except between June 2022, when the defendants in *Harrison v. Austin* and *Roe v. Austin* dismissed their appeals in those cases, and late November 2022, when this case was filed, MVA's ability to directly engage the Department of Defense on HIV policy was restricted because Mr. Perkowski is counsel of record in litigation against the Department (and some military departments) on these issues.

26.    Nevertheless, in addition to MVA's involvement in this case, over the past few years MVA has engaged in legal and advocacy work related to HIV equity for service members and veterans. What follows are a few examples.

27.    MVA's Policy Priorities statement for the 118th Congress (2023-2024) contains a section on "Addressing Systemic in the Department of Defense." Among the five priorities listed in this section is HIV Discrimination. (*See* Ex. 2.)

9

28.     On May 5, 2023, Mr. Perkowski and I met with Alex Wagner, the Assistant Secretary of the Air Force (Manpower & Reserve Affairs). MVA's policy priority on HIV discrimination was briefly discussed when Secretary Wagner stated that HIV was a policy priority of his own as well. Because of ongoing litigation, the discussion steered clear of the Air Force's policies concerning the accession of people with HIV, or on issues of deployment or assignment. Instead, we discussed the military's criminalization of people with HIV. Secretary Wagner asked for a policy statement on HIV criminalization, which we are working on for him.

29.     For many years, MVA has participated in a coalition with other MSOs and VSOs focused on equity issues for the LGBTQ+ community related to service in the military and Armed Forces, access to VA benefits and services, and other national security matters. The coalition strategizes on how best to engage the government on these issues, and one of the topics has included HIV military policy. On MVA's behalf, Mr. Perkowski has been a key part of the coalition's work in this area.

a.   On August 8, 2022, coalition members met with Deputy Secretary of Defense Hope Hicks. HIV policy was on the agenda for and discussed during the meeting.

b.   In the summer of 2022, the coalition also engaged with members of Congress on the issue of accession into the military of people living with HIV, advocating for a Congressional letter to President Biden requesting a change in military policy that would allow people with HIV to enter into military service.

c.   In April 2022, after the Court's rulings in *Harrison* and *Roe*, MVA joined with Lambda Legal and others in a letter sent to President Biden asking the administration to change accession policies for people living with HIV (as well as accession and service-related policies people living with Hepatitis B).

30.    In July 2021, MVA participated in an informational meeting with members of the White House Executive Office of the President and the Office of National AIDS Policy where HIV military policy was discussed.

31.    From March 2021 to the present, Mr. Perkowski has continued to counsel and advise individual service members with HIV on issues related to their continued service, as well as civilians with HIV who wish to join the military but cannot because of the policies challenged in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of May, 2023.

_____
Lindsay Church

11

# Church Declaration

# Exhibit 1
# (Membership Application)

**Thank you for your interest in becoming a member with MVA!**

Please complete this brief membership registration form.

**Who are you?**

\* (required) First Name

Preferred Name

\* (required) Last Name

**Pronouns**

◯  They/Them/Theirs/Themselves

◯  He/Him/His/Himself

◯  She/Her/Hers/Herself

◯  Ze/(Hir/Zir)/(Hirs/Zirs)/(Hirself/Zirself)

\* (required) Birthday (M/D/YYYY)

📅

\* (required) Email

you@example.com

Next

**How do we contact you?**

Phone

XXX-XXX-XXXX

Mailing Address:

Street

* (required) City

* (required) State Abbreviation

* (required) Zip/Postal Code

Country

USA

How did you hear about us?

-- none selected --

Previous     Next

Firefox

https://mva.my.salesforce-sites.com/members/

**MVA Member Sign Up**

**\* (required) I would like to sign up as a(n)**

○ Ally

○ Veteran

○ Active Duty Service Member

○ Reservist

○ National Guard

Previous     Next

## Identifying Demographical Information

**I identify as (a):** ⓘ

- ☐ Person of Color
- ☐ Woman Veteran
- ☐ LGBTQ+
- ☐ Religious / Non-religious minority
- ☐ Other

**Religious Affiliations**

- ☐ Christian
- ☐ Muslim
- ☐ Hindu
- ☐ Buddhist
- ☐ Atheist / Non-religious / Agnostic
- ☐ Other

**Race**

- ☐ American Indian / Alaska Native / Indigenous
- ☐ Asian or Asian American
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
- ☐ White / European
- ☐ Hispanic / Latinx
- ☐ Not Hispanic / Latino(a)Hispanic / Latino(a) / Latinx
- ☐ Other
- ☐ Unsure
- ☐ Prefer not to answer

**Gender Identity - How do you describe yourself?**

- ☐ Female
- ☐ Gender Fluid
- ☐ Genderqueer / Gender Nonconforming
- ☐ Intersex
- ☐ Male
- ☐ Nonbinary / Agender
- ☐ Other
- ☐ Trans Female to Male
- ☐ Trans Male to Female

**Sexual Orientation - Do you consider yourself to be:**

- ☐ Heterosexual or straight
- ☐ Gay
- ☐ Lesbian
- ☐ Bisexual
- ☐ Pansexual
- ☐ Asexual
- ☐ Queer
- ☐ Other

Case 1:22-cv-01272-LMB-IDD     Document 58-7     Filed 05/31/23     Page 18 of 31 PageID# 490

**Are You a Military Sexual Trauma Survivor?**

○ Yes

○ No

## Education & Employment

**What is the highest level of education you have received?** ⓘ

○ Some high school, no diploma

○ High school graduate, diploma or the equivalent (GED)

○ Some college credit, no degree

○ Trade/technical/vocational training

○ Associate degree

○ Bachelor's degree

○ Master's degree

○ Doctorate degree

**What is your current employment status?**

☐ Part-Time

☐ Full-Time

☐ Student

☐ Self-Employed

☐ Out of work but looking for work

☐ Unable to work

☐ Retired

☐ Other

Previous     Next

**Tell Us Your Story**

\* (required) Please tell us your story

Complete this field.

**\* (required) Do we have consent to share all or parts of your story?**

○ Yes, with my name

○ Yes, without my name

○ No

Previous      Next

## How can we best advocate for you?

**I am experiencing the following:**

☐ Barriers to Accessing Benefits
☐ Isolation
☐ Financial Instability
☐ Housing Instability
☐ Food Insecurity
☐ Unemployment
☐ Mental Health Crisis
☐ Barriers to Healthcare
☐ Other

**I would like to be connected to the following resources:**

☐ Mind Body Balance
☐ Listening Sessions
☐ Crisis Center
☐ Leadership Training
☐ Career Fairs
☐ Entrepreneurship
☐ Higher Education
☐ Financial Support
☐ Medical Assistance
☐ Behavioral Health
☐ Nutrition
☐ Family Support
☐ Compensation
☐ Housing Stability
☐ Transportation
☐ Other

## Leadership with MVA

**\* (required) Are you interested in leading with MVA?**

◯ Yes
◯ No

Previous    Next

# Church Declaration

## Exhibit 2
## (Policy Priorities)



# Policy Priorities

## 118TH CONGRESS

# About Us

Minority Veterans of America is a non-partisan, nonprofit community organization serving our nation's most underserved veteran populations. Founded in 2017 in Seattle, WA, Minority Vets works to create community belonging and advance equity for minority veterans. We fight for veterans who are racial and ethnic, gender, sexual, and (non)religious minorities to create more equitable services and to change the narrative of the American veteran.

## Who We Are

Minority Vets was founded by Lindsay Church and Katherine Pratt. The two first met as student veterans in 2014 at the University of Washington where they both attended graduate school. Though they didn't share the same identities, they both understood what it meant to be marginalized in the veteran community and made to feel outside. Their intentional organizing began with the understanding that when one of us is harmed, we are all harmed.

## What We Do

Minority Vets is an intersectional movement of minority veterans – including racial and ethnic minorities, women, LGBTQ, and (non)religious minorities and those who support us – fighting on the front lines of change. We believe that through creating a collective voice we are capable of impacting the critical change our communities need most. Today, our movement includes over 3,000 members around the country and world.



# Minority Vets Advocacy

Both legislation and regulations affect the everyday lives of minority veterans. They create rules by which resources are allocated and systems are established. Those resources and systems either perpetuate disparities and harms or equitably meet the needs of minority veterans. Our legislative and policy work helps to ensure that minority veteran experiences and perspectives are heard  and the direct effects of policy on our lives are fully considered as laws and regulations are written and implemented.



# Our Strategic Efforts

In order to make the greatest impact on behalf of the communities we serve, our organization engages in advocacy and policy efforts in a multi-faceted way. We work to engage coalitions, lawmakers, agency representatives and decision-makers, community organizations, legal professionals, and courts to ensure that we pursue all avenues necessary to create the critical and lasting changes that our communities need most.



**Coalition Building**

**Congressional Advocacy**

**Community Organizing**

**Litigation**

**Administrative Advocacy**

**Agency-Level Advocacy**



**01** Creating More Equitable Department of Veterans Affairs



**02** Addressing Systemic Inequities in the Department of Defense



**03** Addressing Healthcare Disparities



**04** Addressing Veteran Suicide and Mental Health Disparities

# Our Priorities

# 01

# Creating A More Equitable Department of Veterans Affairs



The Department of Veterans Affairs is charged with serving our nation's more than 16.5 million living veterans, a population that grows more diverse with each generation. In spite of its charge to serve all veterans, minority veterans continue to struggle to access the care and benefits that they've earned. Rather than an institution that understands them, they often struggle to be heard and understood by a system that, at best was not designed for them, and, at worst was designed with their exclusion in mind. To address many of the greatest challenges facing the veteran community, solutions must prioritize the needs and experiences of minority veterans to have the deepest impact.

## A

### VA Motto Change

It is long past time to change the exclusionary motto of the Department of Veterans Affairs to include women and transgender veterans. Despite repeated commitments, VA has not taken action to remove or replace the outdated motto. This failure is eroding hard-fought trust among gender-minority veterans.

## B

### Identity-Based Harassment at VA

Identity-based harassment of racial/ethnic, gender, sexual, and religious minorities is pervasive across the VA. In spite of legislative changes made through the Deborah Sampson Act, harassment has persisted. All identity-based harassment should be tracked, reported, and perpetrators (and their leadership) held accountable for their actions (or lack of).

## C

### Military Sexual Trauma Survivor Care & Benefits

Veteran survivors of MST continue to experience re-traumatization in the benefits administration process and in their treatment at VA. Attention and resources should be directed to address the prevalence of sexual trauma in the military, and efforts should be made to comprehensively overhaul the benefits application process for people who have experienced MST.

## D

### Right Past Wrongs & Restore Dignity

Throughout history, minority veterans have been harmed by inequitable systems and policies that institutionalized bias and discrimination and criminalized identity. DoD and VA must repair the harm caused by these policies by restoring benefits to Black (117th HR.5905) and LGBTQ (117th HR.5170) veterans, remove barriers to access for those with bad paper discharges, and institute Boards of Corrections reforms.

## E

### Training Mandates for VA Staff

Cultural-competency training specific to minority veteran communities - including training on best practices for providing care, support, and inclusive environments - must be mandated for VA staff who interact with veterans, for community-based providers, and for all VA contractors. Training should be provided at all VA points of entry to ensure that minority veterans are treated with respect, and that no veteran is wrongly prevented from accessing earned benefits.

## 02 Addressing Systemic Inequities in the Department of Defense

The Department of Defense grows increasingly diverse each year and continues to fill many of its ranks with minority and underrepesented service members. The issues that minority veterans face often originate in service and represent a continuum of harm from uniform to veteran status. It is imperative that we work to address the structural barriers and inequities minority service members face in order to mitigate the challenges of the next generation of minority veterans. Identity-based discrimination, structural biases, and a culture that operates with impunity have contributed to many of the disparities we see today and must be addressed through legislation and agency-wide policy changes and reforms.



### A

### HIV Discrimination

Despite recent policy changes (which resulted from successful litigation), discrimination based on HIV status continues at DoD. Civilians with HIV - including veterans who want to return to service - still cannot enlist or commission. Service members with HIV still face administrative barriers that limit their ability to deploy, promote, and accept certain assignments. DoD must update its policies so that people with HIV can serve equally.

### B

### Military Sexual Trauma

In spite of decades of advocacy and reform efforts, MST continues to be one of the greatest challenges facing the DoD, especially as they navigate gender-based inclusion. A culture of impunity and failed reform efforts have resulted in the highest number of sexual assaults with some of the lowest trust scores in recorded history. DoD must invest in full implementation of 2021 IRC recommendations and maintain oversight as they recent reform legislation takes effect.

### C

### Military Trans Ban Repeal

In January 2021, President Biden signed an Executive Order that reversed the unwarranted ban on open and authentic transgender military service. This EO was critical to righting a past wrong. But to ensure that future generations of transgender service members are protected from mounting attacks, it is imperative and urgent that the Military Trans Ban Repeal be codified.

### D

### Hate Crimes & Discrimination

Service members across the DoD face instances of identity-based discrimination and hate crimes, both on and off base. Currently, the Uniform Code of Military Justice does not cover hate crimes and uses Conduct Unbecoming as a catchall to prosecute these crimes. We urge DoD to adopt hate crime provisions and allow service members who are subject to identity-based harassment and violence to transfer duty stations.

### E

### Reproductive Health Access

Service members and their families have always faced unique barriers to accessing reproductive healthcare. With the Dobbs decision, these barriers have become harder to navigate as many military installations exist in states with abortion bans and DoD has severe statutory limitations to reproductive healthcare access. DoD and Congress should take measures to expand abortion access, eliminate contraceptive copays, and ensure access to assistive reproductive technologies.

# 03

# Addressing Veteran Health Care Disparities



Access to quality healthcare that is culturally competent and equitable is a central issue facing the minority veteran community. Disparities in healthcare access and delivery, as well as systemic and persistent inequities, deeply affect minority veterans. There is a deep need for comprehensive policies that address these problems. VHA has taken many measures to improve access to quality healthcare for minority veterans but more changes and reforms must take place before minority veterans can reliably turn to VA for their care. We must work to support efforts that embolden healthcare access for all veterans and address the many systemic inequities within VA.



### Abortion & Contraception Access

Minority veterans are disproportionately harmed by restrictive abortion bans and often lacked basic access to abortion and contraception, even before the Dobbs decision. VA efforts to provide abortion care and counseling in certain instances is a first step to ensuring veterans have access to critical reproductive care. These efforts must be protected, expanded, and codified, and all contraceptive copays eliminated.



### Gender Affirming Surgery

Regulations prohibit VA from providing transgender veterans the full spectrum of essential and medically necessary gender-affirming care by classifying gender-affirming surgery as "cosmetic." Reversing this ban will result in better overall health outcomes for transgender veterans. VA's medical benefits package must be expanded to include gender affirming surgeries.



### VA Health Records & Data Collection

The failure to collect key aspects of veteran demographic data - especially sexual orientation, gender identity, intersex status, and tribal affiliation - have led to deep health equity issues that have been devastating for minority veterans. VA must properly collect comprehensive veteran demographic data and mandate the appropriate use of this information in the provision of veteran care and benefits.



### IVF & Surrogacy Expansion

In vitro fertilization (IVF) and surrogacy are crucial forms of health care for same-sex couples, unmarried women, and some trans people. Coverage for IVF at VA is restricted to married couples with service-connected infertility who can provide their own egg and sperm, leaving out single women and LGBTQ people. These exclusionary restrictions must end.



### LGBTQ+ Health Center Pilot

VA has made concerted efforts to make the Department more LGBTQ+ inclusive through LGBTQ+ care coordinators throughout VA facilities. To best serve LGBTQ+ veterans and meet their unique healthcare needs, VA should pilot LGBTQ+ Health Centers in cities and regions with the highest concentrations of LGBTQ+ veterans.



### Racial Bias in Provision of Care

VA has invested in health equity efforts through their Office of Health Equity, which works to address health disparities among veterans. Even with these efforts, racial and ethnic minority veterans still face disparate care despite utilizing health benefits at higher rates. VA must address bias and discrimination in VA care and benefits administration.

# 04

# Addressing Veteran Suicide and Mental Health Care Disparities

Minority veterans face disparate mental health outcomes compared to their dominant culture veteran counterparts, making it imperative that we invest in solutions that will address the margins of identity and veteran care. In the coming years, this issue will only increase in importance given the projected growth of minority veterans' share of the veteran community. It is crucial that efforts to address mental health crisis and suicide among veterans be developed with minority veterans, and their unique needs and challenges, in mind.





## Psycho-pharmacological Expansion

The epidemic of substance use disorder and other mental health crises among veterans demonstrates the need for innovative therapies that extend beyond traditional psychopharmacological interventions. We believe it is necessary to include cannabis and psychedelics in the VHA's psychopharmacological repertoire and to support and remove existing governmental impediments to cannabis and psychedelic research and therapies broadly.



## Crisis Line Training Mandates

The Veterans Crisis Line is a critical lifeline for veterans experiencing mental health crisis. Without appropriate and proper training, VA's front-line staff can cause greater distress among veterans looking for support. VCL staff must be held to the highest standards as they are often the last line of defense between a veteran and further mental health crisis or suicide. VA should mandate annual minority-focused training and track and report on negative patient interactions.



## Minority Stress & Social Determinants of Health

In order to best address veteran suicide and mental health disparities, it is imperative to address the unique psycho-social stressors minoritized individuals face. Policy initiatives aimed at alleviating mental health disparities and suicide among veterans must attend to social determinants of health and salient stressors for minority veterans to be effective.



## Outdoor Recreation Expansion for Minority Vets

Nature has the power to create healing among veterans after service. Rather than turning exclusively to traditional medications and therapies, VA should expand outdoor recreation and retreat offerings to veterans with an emphasis on addressing the inequities minority veterans face in access. Retreats should be tailored to the unique experiences of minority veterans.

# Our Team

Minority Vets is a community-founded and community-led movement. We aim to reflect the members  we serve through both our priorities and our organization's leadership. Our team is largely volunteer powered and works to educate and empower minority veterans to engage with our policy work and to use their voices to impact change. We incorporate storytelling and feedback to ensure that our community's voices are at the forefront of our advocacy, policy, and organizing work.

## Policy Team Leadership



**Lindsay Church**
**Chief Executive Officer**



**Peter Perkowski**
**Legal & Policy Director**

Minority Vets is home to policy advocates, analysts, advisors, interns, fellows, and more - many of whom are minority veterans themselves. They contribute their time, talent, and efforts to fighting for future generations of minority veterans to inherit a more equitable community. We are grateful to each person, who gives an hour, 100 hours, or shares their story with us in this fight.

## Board of Directors



**Lauren Postler**
**Chair**



**Qwynn Galloway-Salazar**
**Vice Chair**



**Marci Hodge**
**Secretary**



**Chris Franco**
**Treasurer**



**Fawn Sanchez**
**Member**

**Mailing Address**

PO Box 25272
Richmond, VA 23260

**Minority Vets Contact**

Lindsay Church
Chief Executive Officer
lchurch@minorityvets.org

Peter Perkowski
Legal & Policy Director
pperkowski@minorityvets.org



**MINORITY VETERANS
OF AMERICA**

**www.minorityvets.org**