IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ISAIAH WILKINS, et al.,                         )
                                                )
              Plaintiffs,                        )
                                                )
       v.                                        )        1:22-cv-01272 (LMB/IDD)
                                                )
LLOYD J. AUSTIN, et al.,                        )
                                                )
              Defendants.                        )

ORDER

A hearing has been set on plaintiffs' and defendants' motions found at [Dkt. Nos. 57, 66, 77, 82, 85, 89, 94] for August 25, 2023, at 9:00 a.m.  Because the Court believes Dr. Paul Ciminera's testimony will have a substantial impact on the merits of defendants' case and plaintiffs have raised significant issues concerning the reliability of Dr. Paul Ciminera's opinion, the Court will only hear argument pertaining to plaintiffs' Motion to Exclude Economic and Data Analysis Testimony of Dr. Paul Ciminera [Dkt. No. 85] on August 25, 2023, at 9:00 a.m.  For these reasons, defendants' Motion for Summary Denial of Plaintiffs' Motion to Exclude Economic and Data Analysis Testimony of Dr. Paul Ciminera and, in the Alternative, Unopposed Motion to Extend Time to Respond [Dkt. No. 96] is DENIED IN PART and GRANTED IN PART, and it is hereby

ORDERED that the hearing scheduled for August 25, 2023 will only address Dr. Paul Ciminera's testimony and any hearing on the motions found at [Dkt. Nos. 57, 66, 77, 82, 89, 94] be and is CONTINUED to a date to be decided at the August 25, 2023 hearing; and it is further

ORDERED that defendants file their response to plaintiffs' Motion to Exclude Economic and Data Analysis Testimony of Dr. Paul Ciminera by August 18, 2023, and plaintiffs file any reply by close of business on August 23, 2023.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 9ᵗʰ day of August, 2023.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge