IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ISAIAH WILKINS, ET AL., <br><br> PLAINTIFFS, <br> v. <br><br> LLOYD J. AUSTIN, ET AL., <br><br> DEFENDANTS. | CIVIL ACTION NO. 1:22-cv-01272 |

## ORDER

UPON CONSIDERATION of Plaintiffs' Request for Judicial Notice pursuant to Rule 201 of the Federal Rules of Evidence seeking to have the Court take judicial notice facts set forth in publicly available government websites, reports, and in the Code of Federal Regulations, it is hereby,

ORDERED that the request [Dkt. No. 82] is GRANTED, and the Court takes judicial notice of the aforementioned information.

ENTERED this 28 day of August 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge