## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

ISAIAH WILKINS, ET AL.,

              **PLAINTIFFS,**

    v.

LLOYD J. AUSTIN, ET AL.,

              **DEFENDANTS.**

CIVIL ACTION NO. 1:22-cv-01272 LMB/IDD

## ORDER

UPON CONSIDERATION of Plaintiffs' Request for Judicial Notice pursuant to Rule 201 of the Federal Rules of Evidence seeking to have the Court take judicial notice facts set forth in publicly available government websites, it is hereby,

ORDERED that the request is GRANTED, and the Court takes judicial notice of the aforementioned information.

ENTERED this 23nd day of October 2023

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge