UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2079
(1:22-cv-01272-LMB-IDD)
_____

ISAIAH WILKINS; CAROL COE; NATALIE NOE; MINORITY VETERANS OF AMERICA

      Plaintiffs - Appellees

v.

PETE HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army

      Defendants - Appellants

-------------------------------

CENTER FOR HIV LAW AND POLICY; NATIONAL ALLIANCE OF STATE & TERRITORIAL AIDS DIRECTORS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; WHITMAN-WALKER CLINIC, INC.; COMMUNITY RESOURCE INITIATIVE; SERO PROJECT; INSTITUTE FOR JUSTICE

      Amici Supporting Appellees

_____

O R D E R
_____

The district court entered an injunction and judgment in this case against the Secretary of Defense and the Secretary of the Army, dated August 20, 2024. This court hereby stays enforcement of the injunction and judgment pending issuance of our decision on appeal.

        For the Court

        /s/ Nwamaka Anowi, Clerk