IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ISAIAH WILKINS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PETE HEGSETH, et al., <br><br> Defendants. | Civil Action No. 1:22-cv-1272 (LMB/IDD) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(G)-(H), counsel for Plaintiffs, Robert T. Vlasis, III, respectfully requests that the Court grant leave for him to withdraw as counsel in this case. Defendants do not object to this motion. In support, Mr. Vlasis states:

1. Mr. Vlasis has filed an appearance in this case.

2. Mr. Vlasis will be leaving Winston & Strawn LLP and will no longer be participating in this case. Mr. Vlasis does not need notice of filings in this matter and should be removed from all service lists, including the CM/ECF system.

3. Attorneys Gregory R. Nevins, Peter Perkowski, Scott Schoettes, Bryce Cooper, and Hannah Shankman will continue to represent Plaintiffs in this case.

4. Amandeep S. Sidhu of Winston & Strawn LLP will continue to be local counsel for Plaintiffs in this case.

5. Defendants have been notified that Mr. Vlasis is leaving Winson & Strawn LLP and withdrawing as counsel from the above-captioned case.

6. Plaintiffs have been notified that Mr. Vlasis is leaving Winson & Strawn LLP and withdrawing as counsel from the above-captioned case.

1

For these reasons, counsel for Plaintiffs requests that the Court grant leave for Mr. Vlasis to withdraw as counsel for Plaintiffs and remove him from all service lists.

DATED: January 23, 2026 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/*Amandeep S. Sidhu*

Gregory R. Nevins*　　　　　　　　　　　　Amandeep S. Sidhu
GNevins@lambdalegal.org　　　　　　　　 ASidhu@winston.com
LAMBDA LEGAL DEFENSE AND　　　　　　Hannah Shankman*
EDUCATION FUND, INC.　　　　　　　　　 HShankman@winston.com
1 West Court Square, Suite 105　　　　　　 WINSTON & STRAWN LLP
Decatur, GA 30030　　　　　　　　　　　　1901 L Street NW
T: (404) 897-1880　　　　　　　　　　　　 Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　Tel.: (202) 282-5000
Scott A. Schoettes*　　　　　　　　　　　　Fax: (202) 282-5100
sschoettes@gmail.com
SCOTT A. SCHOETTES, ESQ.　　　　　　　 Bryce Cooper*
14500 Round Valley Dr.　　　　　　　　　 BCooper@winston.com
Sherman Oaks, CA 91403　　　　　　　　　WINSTON & STRAWN LLP
T: (773) 474-9250　　　　　　　　　　　　 35 W. Wacker Dr.
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
Peter E. Perkowski*　　　　　　　　　　　 T: (312) 558-5600
peter@perkowskilegal.com
Perkowski Legal, PC
515 S. Flower St., Suite 1800
Los Angeles, CA 90071　　　　　　　　　　*Attorneys for Plaintiffs*
T: (213) 340-5796　　　　　　　　　　　　 *Pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2026, I caused this document to be filed electronically through the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

DATED: January 23, 2026    Respectfully submitted,

/s/ *Amandeep S. Sidhu*
Amandeep S. Sidhu
ASidhu@winston.com
Hannah Shankman*
HShankman@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, D.C. 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100

Gregory R. Nevins*
GNevins@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
1 West Court Square, Suite 105
Decatur, GA 30030
T: (404) 897-1880

Scott A. Schoettes*
sschoettes@gmail.com
SCOTT A. SCHOETTES, ESQ.
14500 Round Valley Dr.
Sherman Oaks, CA 91403
T: (773) 474-9250

Bryce Cooper*
BCooper@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
T: (312) 558-5600

Peter E. Perkowski*
peter@perkowskilegal.com
Perkowski Legal, PC
515 S. Flower St., Suite 1800
Los Angeles, CA 90071
T: (213) 340-5796

*Attorneys for Plaintiffs*
**Pro hac vice*

4