IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ISAIAH WILKINS, ET AL.,

        PLAINTIFFS,

v.

PETE HEGSETH, ET AL.,

        DEFENDANTS.

CIVIL ACTION NO. 1:22-cv-01272

## ORDER

Before the Court is the Motion for Leave to Withdraw as Counsel on behalf of Robert T. Vlasis, III. For good cause shown, the Motion for Leave to Withdraw as Counsel is GRANTED. It is hereby:

ORDERED that Robert T. Vlasis, III is TERMINATED as counsel for Plaintiffs and removed from all service lists.

Entered this 27th day of January 2026

/s/ _____

Leonie M. Brinkema
United States District Judge