UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2079
(1:22-cv-01272-LMB-IDD)

_____

ISAIAH WILKINS; CAROL COE; NATALIE NOE; MINORITY VETERANS
OF AMERICA

        Plaintiffs - Appellees

v.

PETE HEGSETH, in his official capacity as Secretary of Defense; DANIEL
DRISCOLL, in his official capacity as Secretary of the Army

        Defendants - Appellants

------------------------------

CENTER FOR HIV LAW AND POLICY; NATIONAL ALLIANCE OF STATE
& TERRITORIAL AIDS DIRECTORS; AMERICAN CIVIL LIBERTIES
UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; WHITMAN-
WALKER CLINIC, INC.; COMMUNITY RESOURCE INITIATIVE; SERO
PROJECT; INSTITUTE FOR JUSTICE

        Amici Supporting Appellees

_____

TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or

rehearing en banc stays the mandate until the court has ruled on the petition. In

accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Nwamaka Anowi, Clerk*